IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MAFAYETTE FIELDS,

    Plaintiff,

v.

KRISTINE DEYOUNG, KERRY NEWBURY,
SARA FRY, DONALD MORGAN,
MEREDITH MASHAK, SALAM SYED,
MICHAEL DITTMAN, JON LITSCHER,
JAMES GREER, RYAN HOLZMACHER,
MARY MUSE, DILIP TANNAN,
BETTY KATZUR, NANCY BOWENS,
TERRY MURPHY, and JEAN PATENAUDE,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-405-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor defendants dismissing this case.

/s/                                                     11/15/2018

Peter Oppeneer, Clerk of Court                     Date