# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

Mafayette Fields

    Plaintiff,                    File Number_____

**Notice of Appeal**

v.                                       Case No. **16-cv-405-jdp**

Kristine DeYoung, et. al.

    Defendants

---

Notice is given that the plaintiff Mafayette Fields in the above named case, hereby appeals to the United States Court of Appeals for the 7th circuit from the final judgment entered in this action on November 15th 2018.

Plaintiff filed his brief in reply on January 10, 2019 in which the court issued no response.

Dated and signed this 7 day of Feb, 2019
Oshkosh, WI 54903

Mafayette Fields #371377

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

CERTIFICATE OF SERVICE

Case Name. Fields v. Kristine DeYoung, et. al.
Case No. **16-cv-405-jdp**

I hereby certify that on February 7, 2019 I electronically filed the foregoing with the United States District Court for the Western District of Wisconsin by using the system at OSCI library. To the United States District Court 120 North Henry Street Madison, WI 53707

◆ **Notice of Appeal**

◆ **Docketing Statement**

Mafayette Fields #371377
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh, WI 54903
s/ *Mafayette Fields*

1

# E-Filing Coversheet
## For the
## United States Eastern and Western District Courts

A separate coversheet must be filled out for each Court and Case being filed.

Date: 2-7-19

Name: MAfAYette Fields        DOC# 371377

Court Case Name: Fields v. Deyoung et. al

Court Case Number: 16-CV-405-Jdp

Circle One        Eastern District        (Western District)

Inmate Signature: *Mafayette Fields*        Date: 2-7-19

---

Below For Staff Use Only

E-File Received:        Date: 2-8-19        Time: 10:00 AM

Scanned.        Date: 2-8-19        Time: 11:30 AM

Emailed to Court:        Date: ___        Time: ___

Received and Printed NEF:        Date: ___        Time: ___

Staff Signature: *Cindy Holla*